LEO ERMANN, Appellant, *v.* HARRY KAHN et al., Defendants, and CHARLES W. McHOSE, Respondent.

(Argued January 13, 1931; decided February 10, 1931.)

*Harry A. Gair* for appellants.

*John W. Jordan, Harold R. Medina* and *Harry A. Talbot* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.